ADG
F. #2023R00502

**\*\*FILED\*\***

*11:05 am, Jun 12, 2024*

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HECTOR MEDINA, JR.,
    also known as "Michael Soto,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

**1:24-cr-00248(NGG)(PK)**

Criminal Docket No. _____-_____ (____)

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant Hector Medina, Jr.'s waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           June 12, 2024

                                      BREON PEACE
                                      United States Attorney
                                      Eastern District of New York
                                      Attorney for Plaintiff
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                           By:    /s/_____
                                      Andrew D. Grubin
                                      Assistant United States Attorney
                                      (718) 254-6322

Cc:    Clerk of the Court
        Joe Veith, Esq. (E-mail)