**DOCKET NUMBERS:  CR 24-0248 (NGG)**

### CRIMINAL CAUSE FOR GUILTY PLEA

**Date Received By Docket Clerk:_____    Docket Clerk Initials:_____**

**BEFORE JUDGE:** GARAUFIS  **DATE: SEPTEMBER 5, 2024    TIME IN COURT  _1_  HRS        MINS**
                                 **@ 11:00 AM.**

**1. DEFENDANT: HECTOR MEDINA, JR.**

Present X  Not Present       Custody        Not Custody  X

**DEFENSE COUNSEL: JOSEPH VEITH**
     FEDERAL DEFENDER:              CJA:                    RETAINED: X

**2. DEFENDANT:**

Present       Not Present       Custody           Not Custody

**DEFENSE COUNSEL:**
     FEDERAL DEFENDER:          CJA:                 RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody     Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.: ANDREW GRUBIN**

**COURT REPORTER: ANTHONY FRISOLONE**
**INTERPRETER:            LANGUAGE:**

| | | | |
|---|---|---|---|
| X | Change of Plea Hearing (~*Util-Plea Entered*) | ❑ Revocation of Probation contested | |
| ❑ | Arraignment | ❑ Sentencing on a violation | |
| ❑ | Bail Application | ❑ Motion Hearing | |
| ❑ | Violation | ❑ Hearing | |
| ❑ | Status Conference | ❑ Sentencing | |
| ❑ | Bail Violation Hearing | ❑ Motion for sentence reduction | |
| ❑ | Curcio Hearing | ❑ Oral Argument | |
| ❑ | Voir Dire Held          ❑ | Jury selection        ❑ Jury trial | |
| ❑ | Jury Trial Death Penalty  ❑ | Sentence enhancement Phase        ❑ | Bench Trial Begun |

**Speedy Trial Start :      Speedy Trial Stop:     CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?**     YES                        NO     X

THE DEFENDANT WAIVES HIS RIGHT TO PROSECUTION BY INDICTMENT AND CONSENTS TO PROSECUTION BY INFORMATION. THE DEFENDANT PLEADS GUILTY TO THE SINGLE-COUNT INFORMATION. SENTENCING IS SCHEDULED FOR MONDAY, DECEMBER 30, 2024 AT 11:00 AM.